AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| CORTLAND STREET RECOVERY CORP. | ) | |
| _Plaintiff_ | ) ) ) | Civil Action No.   1 1 - 1 2 7 1 |
| v. | ) | |
| TPG TROY, LLC, et al. | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TPG Troy, LLC
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  DEC. 2 2 2011                    _Debra Smith_

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TPG Troy, LLC _____

was received by me on *(date)* _____ 04/16/2012 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Scott LaScala-Section Head @ 12:55 pm _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Corporation Trust Company _____ on *(date)* _____ 04/16/2012 ____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___ 0.00 ___ .

I declare under penalty of perjury that this information is true.

Date:  _____ 04/16/2012 _____

_____ Michael Powers _____
*Server's signature*

_____ Michael Powers--Process Server _____
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| CORTLAND STREET RECOVERY CORP. | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No.   1 1 - 1 2 7 1 |
| TPG TROY, LLC, et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   T3 Troy LLC
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   DEC 2 2 2011

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     T 3 Troy LLC

was received by me on *(date)*              04/16/2012              .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*    Scott LaScala-Section Head @ 12:55 pm              , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Corporation Trust Company _____ on *(date)*    04/16/2012    ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    04/16/2012

*Michael Powers*
_____
*Server's signature*

Michael Powers--Process Server
_____
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| CORTLAND STREET RECOVERY CORP. | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| TPG TROY, LLC, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   1 1 - 1 2 7 1

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Apax Partners L.P.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  DEC 2 2 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Apax Partners L.P.

was received by me on *(date)* _____ 04/16/2012 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Scott LaScala-Section Head @ 12:55 pm _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Corporation Trust Company _____ on *(date)* _____ 04/16/2012 _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____ 04/16/2012 _____

*Michael Powers*
*Server's signature*

Michael Powers--Process Server
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| CORTLAND STREET RECOVERY CORP. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| TPG TROY, LLC, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.    1 1 - 1 2 7 1

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TPG Partners IV, L.P.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   DEC 2 2 2011   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TPG Partners IV, L.P.
was received by me on *(date)*          04/16/2012          .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Scott LaScala-Section Head @ 12:55 pm          , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Corporation Trust Company                          on *(date)*   04/16/2012   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      04/16/2012                    *Michael Powers*
                                         *Server's signature*

                              Michael Powers--Process Server
                                   *Printed name and title*

                                   230 N. Market Street
                                   Wilmington, DE 19801
                              _____
                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| CORTLAND STREET RECOVERY CORP. | ) |
| _Plaintiff_ | ) ) ) |
| v. | ) |
| TPG TROY, LLC, et al. | ) ) |
| _Defendant_ | ) |

Civil Action No.  1 1 - 1 2 7 1

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   TPG Advisors IV, Inc.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  DEC 2 2 2011

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TPG Advisors IV, Inc.

was received by me on *(date)*          04/16/2012          .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☑ I served the summons on *(name of individual)*   Scott LaScala-Section Head @ 12:55 pm          , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Corporation Trust Company                              on *(date)*   04/16/2012   ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    04/16/2012

*Michael Powers*
*Server's signature*

Michael Powers--Process Server
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| CORTLAND STREET RECOVERY CORP. | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No.  1 1 - 1 2 7 1 |
| TPG TROY, LLC, et al. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TPG Genpar IV, L.P.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  DEC 2 2 2011 _____     _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TPG Genpar IV, L.P.

was received by me on *(date)*       04/16/2012       .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Scott LaScala-Section Head @ 12:55 pm       , who is

designated by law to accept service of process on behalf of *(name of organization)*

Corporation Trust Company                                    on *(date)*   04/16/2012   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      04/16/2012

                                   *Michael Powers*
                                   _____
                                   *Server's signature*

                                   Michael Powers--Process Server
                                   _____
                                   *Printed name and title*

                                   230 N. Market Street
                                   Wilmington, DE 19801
                                   _____
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| CORTLAND STREET RECOVERY CORP. | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1 1 - 1 2 7 1 |
| TPG TROY, LLC, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    TPG Advisors II, Inc.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    DEC 2 2 2011                                             

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    TPG Advisors II, Inc.

was received by me on *(date)*          04/16/2012        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Scott LaScala-Section Head @ 12:55 pm        , who is

designated by law to accept service of process on behalf of *(name of organization)*

Corporation Trust Company                              on *(date)*    04/16/2012   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     04/16/2012

*Michael Powers*
_____
Server's signature

Michael Powers--Process Server
_____
Printed name and title

230 N. Market Street
Wilmington, DE 19801
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| CORTLAND STREET RECOVERY CORP. | ) |
| _Plaintiff_ | ) ) |
| v. | ) Civil Action No. 〜 1 1 - 1 2 7 1 |
| TPG TROY, LLC, et al. | ) ) |
| _Defendant_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   T3 Genpar II, L.P.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _DEC 2 2 2011_     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   T 3 Genpar II, L.P.

was received by me on *(date)*   04/16/2012   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Scott LaScala-Section Head @ 12:55 pm   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Corporation Trust Company   on *(date)*   04/16/2012   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/16/2012

_____
*Server's signature*

Michael Powers--Process Server
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Delaware

| | |
|---|---|
| CORTLAND STREET RECOVERY CORP. | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| | ) |
| TPG TROY, LLC, et al. | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.   1 1 ⁻ 1 2 7 1

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   T3 Partners II, L.P.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   DEC 2 2 2011 _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     T 3 Partners II, L.P.

was received by me on *(date)*            04/16/2012            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Scott LaScala-Section Head @ 12:55 pm            , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Corporation Trust Company                              on *(date)*     04/16/2012     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     04/16/2012

_____Michael Powers_____
*Server's signature*

_____Michael Powers--Process Server_____
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| CORTLAND STREET RECOVERY CORP. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   1 1 - 1 2 7 1 |
| TPG TROY, LLC, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   T3 Parallel II, L.P.
　　　　　　　　　　　　　　　c/o The Corporation Trust Company, Registered Agent
　　　　　　　　　　　　　　　Corporation Trust Center
　　　　　　　　　　　　　　　1209 Orange Street
　　　　　　　　　　　　　　　Wilmington, DE  19801

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Adam W. Poff (No. 3990)
　　　　　　　　　　　　　　　　Pilar G. Kraman (No. 5199)
　　　　　　　　　　　　　　　　Young Conaway Stargatt & Taylor, LLP
　　　　　　　　　　　　　　　　1000 West Street, 17th Floor, P.O. Box 391
　　　　　　　　　　　　　　　　Wilmington, DE 19899-0391

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  ___DEC. 2 2 2011___　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    T 3 Parallel II, L.P.
was received by me on *(date)*          04/16/2012          .

❏  I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*    Scott LaScala-Section Head @ 12:55 pm          , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Corporation Trust Company                          on *(date)*     04/16/2012    ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      04/16/2012                           *Michael Powers*
                                             *Server's signature*

                                   Michael Powers--Process Server
                                        *Printed name and title*

                                      230 N. Market Street
                                      Wilmington, DE 19801
                                        *Server's address*

Additional information regarding attempted service, etc: