IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTLANDT STREET RECOVERY CORP., ) ) ) Plaintiff, ) ) v. ) ) TPG TROY, LLC, T3 TROY LLC, ) APAX PARTNERS L.P., TPG ) PARTNERS IV, L.P., TPG ADVISORS ) IV, INC., TPG GENPAR IV, L.P., TPG ) ADVISORS II, INC., T3 GENPAR II, ) L.P., T3 PARTNERS II, L.P., and T3 ) PARALLEL II, L.P., ) ) Defendants. ) | Case No. 11-1271-RGA |

## STIPULATION EXTENDING TIME

Plaintiff, Cortlandt Street Recovery Corp., (the "Plaintiff") subject to the Court's approval, stipulates and agrees that Defendants TPG Troy, LLC, T3 Troy LLC, Apax Partners, L.P., TPG Partners IV, L.P., TPG Advisors, IV, Inc., TPG Genpar IV, L.P., TPG Advisors II, Inc., T3 Genpar II, L.P., T3 Partners II, L.P., and T3 Parallel II, L.P.  (collectively, the "Defendants"), shall have through and including June 7, 2012 to file a responsive pleading to the Plaintiff's complaint filed on December 21, 2011.

WHEREFORE, the parties respectfully request that the Court approve the Stipulation extending the Defendants' time to file any responsive motion or pleadings to and including June 7, 2012.

| | |
|---|---|
| **BIFFERATO GENTILOTTI LLC**<br><br>By:/s/ Garvan F. McDaniel<br>Garvan F. McDaniel (Bar No. 4167)<br>800 North King Street, Plaza Level<br>Wilmington, Delaware 19801<br>(302) 429-1900<br>gmcdaniel@bglawde.com | **YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP**<br><br>By:/s/ Pilar G. Kraman<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com |
| David J. Abrams<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1701<br><br>Counsel for TPG Troy, LLC, T3 Troy LLC, TPG Partners IV, L.P., TPG Advisors, IV, Inc., TPG Genpar IV, L.P., TPG Advisors II, Inc., T3 Genpar II, L.P. T3 Partners II, L.P., and T3 Parallel II, L.P. | Jared B. Stamell<br>Andrew R. Goldenberg<br>STAMELL & SCHAGER, LLP<br>One Liberty Plaza, 35th Floor<br>New York, New York 10006<br>(212) 566-4047<br><br>Counsel for Cortlandt Street Recovery Corp. |
| **ABRAMS & BAYLISS LLP**<br><br>By:  /s/ John M. Seaman<br>John M. Seaman (No. 3868)<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>(302) 778-1000<br>seaman@abramsbayliss.com<br><br>Robert S. Fischler<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>(212) 596-9000<br><br>Counsel for Apax Partners, L.P. | |

SO ORDERED this _____ day of May 2012.

_____
The Honorable Richard G. Andrews

2