IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORTLANDT STREET RECOVERY CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-1271-RGA |
| TPG TROY, LLC, T3 TROY LLC, APAX PARTNERS L.P., TPG PARTNERS IV, L.P., TPG ADVISORS IV, INC., TPG GENPAR IV, L.P., TPG ADVISORS II, INC., T3 GENPAR II, L.P., T3 PARTNERS II, L.P., and T3 PARALLEL II, L.P., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
APAX PARTNERS L.P. PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff Cortlandt Street Recovery Corp. ("Cortlandt") hereby files this Notice of

Voluntary Dismissal of defendant Apax Partners L.P. (Apax") pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(1).  According to the Rule, an action may be dismissed by the Plaintiff,

without a Court Order, by filing a notice of dismissal "before the opposing party has served

either an answer or a motion for summary judgment."  Defendant Apax Partners L.P. has not yet

answered the Complaint.  Accordingly, Plaintiff voluntarily dismisses Apax without prejudice

pursuant to Rule 41(a)(1)(A)(1).

2

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com

Jared B. Stamell
Andrew R. Goldenberg
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 566-4047
stamell@ssnyc.com

Dated:  May 31, 2012

*Attorneys for plaintiff Cortlandt Street
Recovery Corp.*

2

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on May 31, 2012, I caused to be

electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF,

which will send notification that such filing is available for viewing and downloading to the

following counsel of record:

> Garvan F. McDaniel, Esquire
> Bifferato Gentilotti LLC
> 800 North King Street
> Plaza Level
> Wilmington, DE 19801
> *gmcdaniel@bglawde.com*
>
> *Attorneys for Defendants TPG Troy, LLC,*
> *T3 Troy LLC, TPG Partners IV, L.P., TPG Advisors IV, INC.,*
> *TPG Genpar IV, L.P., TPG Advisors II, INC., T3 Genpar II, L.P.,*
> *T3 Partners II, L.P., and T3 Parallel II, L.P.*
>
> John M. Seaman, Esquire
> Abrams & Bayliss LLP
> 20 Montchanin Road, Suite 200
> Wilmington, DE 19807
> *seaman@abramsbayliss.com*
>
> *Attorneys for Defendant Apax Partners, L.P.*

I further certify that on May 31, 2012, I caused a copy of the foregoing

document to be served by e-mail on the above-listed counsel and on the following:

> David J. Abrams, Esquire
> Kasowitz, Benson, Torres & FriedmanLLP
> 1633 Broadway
> New York, NY 10019
> *dabrams@kasowitz.com*
>
> *Attorneys for Defendants TPG Troy, LLC,*
> *T3 Troy LLC, TPG Partners IV, L.P., TPG Advisors IV, INC.,*
> *TPG Genpar IV, L.P., TPG Advisors II, INC., T3 Genpar II, L.P.,*
> *T3 Partners II, L.P., and T3 Parallel II, L.P.*

01:12078293.1

Robert S. Fischler, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
*robert.fischler@ropesgray.com*

*Attorneys for Defendant Apax Partners, L.P.*

     YOUNG CONAWAY STARGATT
      & TAYLOR, LLP

      */s/ Pilar G. Kraman*
     Adam W. Poff (No. 3990)
     Pilar G. Kraman (No. 3990)
     Rodney Square
     1000 North King Street
     Wilmington, DE 19801
     pkraman@ycst.com

     *Attorneys for Plaintiff*